UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-cr-00241-BO-RN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GILBERTO HERNANDEZ | MOTION TO SEAL |

NOW COMES the undersigned and MOVES TO SEAL the motion filed at DE 120 by the Defendant for reasons outlined in the sealed motion. The undersigned does not request that the proposed ORDER accompanying the sealed motion be sealed.

This the 9th day of February 2024

THE CHETSON FIRM, PLLC

/s/ Damon Chetson
Damon Chetson
*Attorney for Defendant (Retained)*
N.C. State Bar #39575
19 W. Hargett St., Suite 508
Raleigh, NC 27601
Email: damon@chetson.com
Office: (919) 352-9411
Fax: (919) 887-7269

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon all parties to this FILING by electronically mailing this document to Assistant United States Attorney Kelly Sandling.

Date: February 9, 2024

/s/ Damon Chetson
Damon J. Chetson